UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILFREDO ALBERTO LEZAMA GARCIA,

    Petitioner,

v.    Case No. 2:25-cv-630-JLB-KCD

FIELD OFFICE DIRECTOR for MIAMI
FIELD OFFICE, U.S. IMMIGRATION and
CUSTOMS ENFORCEMENT, et al.,

    Respondents.

## ORDER OF DISMISSAL

Before the Court is Petitioner Wilfredo Alberto Lezama Garcia's "Notice of Voluntary Dismissal." (Doc. 8.) Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure allows a party to voluntarily dismiss an action before the opposing party serves an answer or a motion for summary judgment. The dismissal is effective upon filing and requires no further act by the Court. *See Matthews v. Gaither</i>*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, this action is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to deny all pending motions as moot, terminate all deadlines, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on July 25, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

1